UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK ─ X

UNITED STATES OF AMERICA                    21-CR-00458 (CBA)(SJB)

                        -aganist

ERNESTO HERACLITO WEISSON PAZMINO

                        Defendant.

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ X

**SANKET J. BULSARA, U.S.M.J.:**

### CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES
### MAGISTRATE JUDGE SANKET J. BULSARA

        United States Magistrate Judge Sanket J. Bulsara has informed me of my right to have
my plea taken before a United States District Judge.  I have further been advised, however, that I
may consent to have my plea taken before Magistrate Sanket J. Bulsara.  I understand that I will
suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the
District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

        After having discussed this matter fully with my counsel, I hereby consent to enter my
plea before United States Magistrate Judge Sanket J. Bulsara.

                                        _____
                                        ERNESTO HERACLITO WEISSON
                                        PAZMINO
                                        Defendant

                                        _____
                                        DANIEL L. RASHBAUM
                                        Attorney  for the Defendant

By: _____
        Assistant U.S. Attorney

Dated: Brooklyn, New York
        APRIL  20, 2022

