

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DGR/BLW
F. #2017R00930

271 Cadman Plaza East
Brooklyn, New York 11201

September 7, 2023

By ECF

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*

*So Ordered.*

s/Carol Bagley Amon

9/11/23

Re:   United States v. Roberto Gustavo Cortes Ripalda
      Criminal Docket No. 21-458 (CBA)

Dear Judge Amon:

Trial in the above-captioned case is scheduled to begin on October 10, 2023. The deadline for the exchange of exhibit lists and for the government's production of materials pursuant to Title 18, United States Code, Section 3500 ("3500 Material") is September 12, 2023. The parties have reached a resolution that will obviate the need for trial, and a change of plea hearing is scheduled for September 13, 2023. In light of the foregoing, the parties respectfully submit this joint request to adjourn the September 12, 2023 deadline for the exchange of exhibit lists and the provision of 3500 Material by one week, until September 19, 2023.

Respectfully submitted,

BREON PEACE
United States Attorney

By:      /s/
Drew G. Rolle
Benjamin L. Weintraub
Assistant U.S. Attorneys
(718) 254-6783/6519